Curtis Porterfield (SBN: 101896)
curtis.porterfield@novakdruce.com
NOVAK DRUCE CONNOLLY BOVE + QUIGG
333 Grand Ave., Suite 2300
Los Angeles, CA 90071
(213) 787-2500

Wes Klimczak (SBN: 294314)
wes.klimczak@novakdruce.com
NOVAK DRUCE CONNOLLY BOVE + QUIGG
21771 Stevens Creek Blvd., Suite 1
Cupertino, CA 95014
(408) 414-7330

Attorneys for Plaintiff Michael Malinin

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MALININ, an individual,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**JOHN RZEZNIK, an individual;**<br>**ROBERT TAKAC, an individual.**<br><br>                    Defendants. | Case No. 14-cv-8860 (CAS) AS<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL** |

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefor, and the release by Plaintiff of all claims and potential claims he has or may have against Defendants for violation of statutes referenced in the Complaint, the Stipulation is hereby APPROVED; and

1  IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE,
2  each side to bear its own costs and attorneys' fees.
3
4  DATED: May 12, 2015
5
6  _____
   CHRISTINA A. SNYDER
7  UNITED STATES DISTRICT JUDGE